**Mark Allen MUNDY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44865.**

Missouri Court of Appeals,
Western District.

April 28, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 2, 1992.

Application to Transfer Denied
July 21, 1992.

David S. Durbin, Appellate Defender, Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert A. Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for postconviction relief, with an evidentiary hearing. The judgment is affirmed. Rule 84.16(b).